UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 24, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MICHAEL GARRELS,

    Defendant.

Case No. 2:24-po-00412-CSK

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL GARRELS ,

Case No.  2:24-po-00412-CSK , 36 CFR § 261.10(b), from custody

   **X**  **TIME SERVED**

      Bail Posted in the Sum of $ $ _____

          Unsecured Appearance Bond $ $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 24, 2025 at 2:00 PM

By: *Chi Soo Kim*

Magistrate Judge Chi Soo Kim